## UNITED STATES DISTRICT COURT
### District of Minnesota

Noah John McCourt,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 18-cv-1560 (PAM/BRT)

Cory Magstadt, individually and in his official capacity, and Launch Ministry,

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The R&R (Docket No. 5) is ADOPTED; and

2. This matter is DISMISSED without prejudice for failure to prosecute.

Date: 8/7/2018

KATE M. FOGARTY, CLERK

s/M. Price

(By)   M.Price, Deputy Clerk